16,561-20

In The Court of Criminal Appeals
State of Texas

This document contains some
pages that are of poor quality
at the time of imaging.

Ex parte:
Michael T. Jones

)
)
)
)

WR. no. _____

Trial Ct. no. D-1-DC-86-080946-1

## Motion of Leave to file Writ of Mandamus

Now comes Michael T. Jones, Petitioner and seek leave of court in the 299th Judicial District Court of Travis County, Texas under cause no. D-1-DC-86-080946-1 . In which, the Petitioner has no other administrative remedies . . .

Wherefore, Petitioner prays the Court grant said leave in the interest of justice . . .

Submitted on this the 13th day of July 2015.

Respectfully

Michael L. Jones

## Certificate of Service

I, do hereby certify that a true and correct copy of the same was sent to; Velva L. Price, Court Clerk. P.O. Box 679004, Austin. Tx. 78767. by U.S. Mail on this the 13th day of July 2015 . . .

Michael L. Jones
Michael T. Jones #417729
810 F.M. 2821
Huntsville . Tx. 77343

Filed In The District Court
of Travis County, Texas

JUL 20 2015

Velva L. Price, District Clerk

CC: DA; Staff atty. Court

In The Court of Criminal Appeals
State of Texas

Exparte:                    )
    Michael T. Jones        )        WR. No. _____
                            )        Trial Ct. No. D-1-DC-86-080946-1
                            )

## Writ of Mandamus

Now comes Michael T. Jones, Petitioner and present said writ of mandamus and shows the court. Petitioner has no other available remedies and contends he seek's an administrative function only. in that, Petitioner filed an 11.07 application on June 1st, 2015 in the above trial court number of the 299th Judicial District Court of Travis County. and the 35 day time period to enter a finding of fact has lop. thus, Petitioner request that the trial court be ordered to enter a finding that the petitioner may exercise his right to court; and that this court not accept the 11.07 application until the trial court enter such finding of fact...

Wherefore, Petitioner prays said writ of mandamus is granted in the interest of justice...

Submitted on this the 13th day of July 2015

                            Respectfully

                            Michael T. Jones

## Certificate of Service

Filed in The District Court
of Travis County, Texas

JUL 20 2015

At _____ 3P _____ M.
Velva L. Price, District Clerk

I, do hereby certify that a true and correct copy of the same was sent to; Velva L. Price, Court Clerk, P.O. Box 679004, Austin, Tx. 78767 by U.S. Mail on this the 13th day of July 2015 . . .

Michael T. Jones

Michael T. Jones # 419729
810 F.M. 2821
Huntsville, Tx. 77349

2.

In re: Copy of Motions:

July 13th, 2015

Dear Clerk.

   Please find enclosed a copy of the motions(s) file with the Court of Criminal Appeals. I would like to have these copies file with the 299th District Court under Writ No. D-1-DC-86-080946-1

Thank you !

Michael T. Jones

Filed In The District Court
of Travis County, Texas

JUL 20 2015

At _____ M.
Velva L. Price, District Clerk

Michael T. Torres #419729
810 F.M. 2821
Huntsville, Tx. 77349

CR

NORTH HOUSTON TX 773

17 JUL 2015 PM 4 L

Travis County District Court
Mr. Velva L. Price, Clerk
P.O. Box 67900 4
Austin, Tx. 78767

78767995555